UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PATRICK EDDINGTON,

           *Plaintiff*,

        v.

FEDERAL BUREAU OF
INVESTIGATION, *et al.*,

           *Defendants*.

Civil Action No.: 19-1691 (JDB)

### JOINT STATUS REPORT

Pursuant to this Court's October 17, 2019 Order, the Parties jointly provide the Court with the following status report in this Freedom of Information Act ("FOIA") matter:

1. This matter arises out of FOIA requests Plaintiff submitted to the Federal Bureau of Investigation ("FBI") and the National Archives and Records Administration ("NARA"). *See* Compl. ¶ 1. According to the Complaint, these requests sought "records on Richard Masayuki Kotoshirodo, a now-deceased Japanese American who assisted the Imperial Japanese Navy in its undercover espionage operations during the months immediately before the attack on Pearl Harbor." *Id.*

2. Plaintiff filed his Complaint on June 10, 2019, *see* ECF No. 1, and Defendants filed their Answer on July 22, 2019, *see* ECF No. 9. On September 11, 2019, the Court issued its Order directing the Parties to meet and confer and file this Report. *See* ECF No. 11.

3. As Defendants have explained to Plaintiff, NARA completed processing Plaintiff's request, locating and processing 345 pages of responsive records. Of these, NARA determined that 340 pages may be released in full and five pages may be released in part

pursuant to FOIA Exemptions 6 and 7(D).  As these are archival records, Plaintiff was required to either agree to pay for their copying or to copy them himself at NARA's reading room.  Plaintiff informed Defendants that he has now obtained the NARA records.  The Parties agree to confer about the release to identify what, if any, Issues remain for further proceedings with respect to the NARA request.

4. For the FBI, it has also completed its search for responsive records, locating four pages of responsive records.  The consultation process regarding these pages is now complete.  The FBI released these pages in full, with the exception of one withholding made pursuant to FOIA Exemption 6/7(C).  The Parties agree to confer about the release to identify what, if any, issues remain for further proceedings with respect to the FBI request.

5. To allow the Parties to confer about Defendants' processing of Plaintiff's requests, the Parties respectfully request that the Court enter the accompanying Proposed Order, which provides that they will file another status report by December 12, 2019, updating the Court on the matter and proposing schedule for further proceedings.

November 12, 2019                                  Respectfully Submitted,

                                                   JESSIE K. LIU
                                                   D.C. Bar No. 472845
                                                   United States Attorney

                                                   DANIEL F. VAN HORN
                                                   D.C. Bar No. 924092
                                                   Chief, Civil Division

                                                   By: */s/ Brian J. Field*
                                                   BRIAN J. FIELD
                                                   D.C. Bar No. 985577
                                                   Assistant United States Attorney
                                                   555 4th Street, N.W.
                                                   Washington, D.C.  20530
                                                   Phone: (202) 252-2551
                                                   Email: brian.field@usdoj.gov

*Counsel for Defendant*

By: */s/ Joshua Hart Burday*
Joshua Burday D.C. Bar No. IL0042
Matt Topic D.C. Bar No. IL0037
Merrick Wayne D.C. Bar No. IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICK EDDINGTON,<br><br>*Plaintiff,*<br><br>v.<br><br>FEDERAL BUREAU OF<br>INVESTIGATION, *et al.*,<br><br>*Defendants*. | Civil Action No.: 19-1691 (JDB) |

### **[PROPOSED] ORDER**

Upon consideration of the Parties' Joint Status Report, and the entire record herein, it is hereby:

**ORDERED** that the Parties shall file another status report by December 12, 2019, which shall include a proposed schedule for further proceedings.

**SO ORDERED**.

_____          _____
Date                                              United States District Judge