UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PATRICK EDDINGTON,

           *Plaintiff,*

      v.

FEDERAL BUREAU OF
INVESTIGATION, *et al.*,

           *Defendants*.

Civil Action No.: 19-1691 (JDB)

## JOINT STATUS REPORT

Pursuant to this Court's December 13, 2019 Order, the Parties jointly provide the Court with the following status report in this Freedom of Information Act ("FOIA") matter:

1. This matter arises out of FOIA requests Plaintiff submitted to the Federal Bureau of Investigation ("FBI") and the National Archives and Records Administration ("NARA"). *See* Compl. ¶ 1. According to the Complaint, these requests sought "records on Richard Masayuki Kotoshirodo, a now-deceased Japanese American who assisted the Imperial Japanese Navy in its undercover espionage operations during the months immediately before the attack on Pearl Harbor." *Id.*

2. Plaintiff filed his Complaint on June 10, 2019, *see* ECF No. 1, and Defendants filed their Answer on July 22, 2019, *see* ECF No. 9. On September 11, 2019, the Court issued its Order directing the Parties to meet and confer and file this Report. *See* ECF No. 11.

3. Since the last status report, the Parties have continued to confer. The parties agree that production in response to these requests is now complete.

4. The only remaining issue is Plaintiff's request for attorneys' fees. The parties have not yet had the opportunity to discuss resolution of this issue.

5. To allow the parties to discuss Plaintiff's demand for attorneys' fees, the Parties respectfully request that the Court enter the accompanying Proposed Order, which provides that they will file another status report by February 10, 2020, updating the Court on the matter and proposing a schedule for further proceedings should they be necessary.

January 10, 2020                                    Respectfully Submitted,

                                                    JESSIE K. LIU
                                                    D.C. Bar No. 472845
                                                    United States Attorney

                                                    DANIEL F. VAN HORN
                                                    D.C. Bar No. 924092
                                                    Chief, Civil Division

                                                    By: */s/ Brian J. Field*
                                                    BRIAN J. FIELD
                                                    D.C. Bar No. 985577
                                                    Assistant United States Attorney
                                                    555 4th Street, N.W.
                                                    Washington, D.C.  20530
                                                    Phone: (202) 252-2551
                                                    Email: brian.field@usdoj.gov

                                                    *Counsel for Defendant*

                                                    By:  */s/ Joshua Hart Burday*
                                                    Joshua Burday D.C. Bar No. IL0042
                                                    Matt Topic D.C. Bar No. IL0037
                                                    Merrick Wayne D.C. Bar No. IL0058
                                                    LOEVY & LOEVY
                                                    311 North Aberdeen, 3rd Floor
                                                    Chicago, IL 60607
                                                    312-243-5900
                                                    foia@loevy.com

                                                    *Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICK EDDINGTON,<br><br>*Plaintiff,*<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, *et al.*,<br><br>*Defendants*. | Civil Action No.: 19-1691 (JDB) |

## **[PROPOSED] ORDER**

Upon consideration of the Parties' Joint Status Report, and the entire record herein, it is hereby:

**ORDERED** that the Parties shall file another status report by February 10, 2020, which shall include a proposed schedule for further proceedings.

**SO ORDERED**.

_____                                             _____
Date                                                                              United States District Judge